# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:06-CV-00271-FDW

| | |
|---|---|
| WANDA COMFORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MECKLENBURG COUNTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes before the Court upon receipt of a Report of Mediation, advising the Court that all claims in the case have been resolved in full (Doc. No. 19). Therefore this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within sixty (60) days hereof. The parties are directed to file their Stipulation of Dismissal on or before January 7, 2008.

IT IS SO ORDERED.

Signed: November 7, 2007

Frank D. Whitney
United States District Judge